**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CHEYENNE GALVAN and EDWARD GALVAN,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CAUSE NO. EP-24-CV-256-KC** |
| **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; and ENRIQUE ARROYO NIETO,** | § § § § | |
| **Defendants.** | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On this day, the Court considered the case.  On October 24, 2025, the Court referred Defendants' Motion for Partial Summary Judgment ("Motion"), ECF No. 72, to United States Magistrate Judge Laura Enriquez pursuant to 28 U.S.C. § 636(b).  Oct. 24, 2025, Text Order.  On December 4, 2025, the Magistrate Judge filed a Report and Recommendation ("R&R"), ECF No. 82, recommending that the Motion should be denied.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections.  *See* 28 U.S.C. § 636(b)(1)(C).[1]  Over fourteen days have elapsed since all parties were served with the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation.  *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).  After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected.  *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

that they are neither clearly erroneous nor contrary to law. *See id.* at 1221.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 82, in its entirety, and **ORDERS**

that Defendants' Motion for Partial Summary Judgment, ECF No. 72, is **DENIED**.

**SO ORDERED.**

**SIGNED this 19th day of December, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE